IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In Re: | § | CASE NO. 07-11951-CAG |
| | § | |
| ELIZABETH RENE CORN | § | |
| | § | |
| Debtor, | § | Chapter 7 |
| | | |
| CHANNING CORN | § | ADVERSARY NO. 07-1154-CAG |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| ELIZABETH RENE CORN | § | |
| | § | |
| Defendant, | | |

## PLAINTIFF'S INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1), as made applicable by Federal Rule of Bankruptcy Procedure 7026, Elizabeth Rene Corn, "Plaintiff" herein, hereby tenders this her initial disclosures as required by that rule.

1. The following persons have knowledge of relevant facts:
a. Channing Corn, 20436 Rita Blanca Circle, Pflugerville, TX 78660.
b. Elizabeth Corn, 16908 Copperhead, Round Rock, TX 78664.
2. Defendant has attached to these disclosures copies of all documents relevant to this proceeding that she is aware of at this time. If other documents become available to Defendant at a late time, these will be provided prior to trial. The following is a breakdown of relevant documents:
a. **Agreed Final Decree of Divorce.**
b. **IRS Account Transcript for tax year 2001.**
c. **Record of payments and offsets made by Plaintiff and Defendant to the IRS for 2001 1040 tax.**

      d.      **Affidavit of Defendant regarding MBNA credit card liability.**
      e.      **Defendant's 2006 1040 tax return.**
      f.      **Determination from the IRS that the Defendant is not entitled to Innocent Spouse Relief**
      g.      **Deposition of both Plaintiff and Defendant when the deposition is completed and signed by the parties, it will be submitted to the court**

3.      The Plaintiff is seeking a determination that the sum of $2,692.99, which represents and overpayment by him, on the debt owed to the Internal Revenue Service for both parties 2001 1040 tax liability is nondischargeable pursuant to 11 U.S.C. §523 (a)(15). Plaintiff also seeks a determination that to the extent Defendant is successful on her Injured or Innocent Spouse claim, any funds received by her and any penalty and interest subsequently assessed by the Internal Revenue Service on the 2001 1040 tax liability is also nondischargeable. The Defendant now shows the Court that the IRS has denied her claim for Innocent Spouse. The Plaintiff also seeks the determination by this Court that in the event that either MBNA (now Bank of America) or Wells Fargo attempts to collect on the Defendant's liability to them and Plaintiff is found to be liable on this account, that Plaintiff's cost of defense and any judgment ultimately awarded against him be determined as nondischargeable.

Respectfully submitted,

/S/ Lindsay Sharpe_____
Lindsay Sharpe
1405 Rio Grande
Austin, TX 78701
(512) 476-1551 office
(512) 474-8500 facsimile

Attorney for Defendant, Elizabeth R. Corn

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Defendant June L. Ortiz' Initial Disclosures has been forwarded to the following via certified mail, return receipt requested on this the **25st day of April, 2008.**

Sent via certified mail to the following:

| | |
|---|---|
| Channing Corn | The Law Office of |
| 20426 Rita Blanca Circle | Douglas J. Powell, PC |
| Pflugerville, TX 78660 | 820 W. 10th Street |
| | Austin, TX 78701 |

Sent via regular mail to the following:

Elizabeth Rene Corn
16908 Copperhead
Round Rock, TX 78664

U.S. Trustee
903 San Jacinto Blvd, #230
Austin, TX 78701

C. Daniel Roberts, Trustee
1602 E. Cesar Chavez
Austin, TX 78702


/S/ Lindsay Sharpe

_____

Lindsay Sharpe

1405 Rio Grande

Austin, TX 78701

Attorney for Defendant, Elizabeth R. Corn